# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MIKE K. and LORI K., as Parents and Nearest Friends of MATTHEW K.,** | : | **CIVIL ACTION NO. 1:03-CV-1024** |
| | : | |
| | : | **(Judge Conner)** |
| **Plaintiffs** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **WEST SHORE SCHOOL DISTRICT,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 3rd day of November, 2005, upon consideration of the parties' stipulation of dismissal (Doc. 89), and it appearing that the stipulation is executed by all parties and provides that the above-captioned case will be dismissed with prejudice, see FED. R. CIV. P. 41(a)(1) ("[A]n action may be dismissed by the plaintiff without order of court . . . by filing a stipulation of dismissal signed by all parties who have appeared in the action.  Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice . . . ."), it is hereby ORDERED that the above-captioned case is DISMISSED with prejudice.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge